# United States Court of Appeals for the Federal Circuit

April 4, 2013

**ERRATA**

Appeal No. 2012-3167

**WILLIAM T. JONES**

**v.**

**ENVIRONMENTAL PROTECTION AGENCY**

Decided:  April 3, 2013
Nonprecedential Opinion

Please make the following change:

Page 4, line 9, change "represented" to "misrepresented."